IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GENTEX CORPORATION,** | : | |
| | : | |
| Plaintiff, | : | No. 20-CV-00632 |
| | : | |
| v. | : | **JUDGE BARTLE** |
| | : | |
| **SUPERIOR MOLD COMPANY,** | : | **ELECTRONICALLY FILED** |
| | : | |
| Defendant. | : | |

## STIPULATION AND PROPOSED ORDER

Plaintiff Gentex Corporation ("Gentex") and Defendant Superior Mold Company ("Superior Mold"), by and through their respective undersigned counsel, stipulate as follows:

WHEREAS, Gentex commenced this action by filing a four-count Complaint against Superior Mold in this Court on February 3, 2020;

WHEREAS, the Complaint was served on Superior Mold at its principal place of business in Santa Ana, California on March 2, 2020;

WHEREAS, Superior Mold initiated a separate action against Gentex in the Superior Court of Orange County, California on March 2, 2020 and withdrew that action without prejudice on March 31, 2020; and

WHEREAS, based on the foregoing, the parties have agreed to extend the deadline for Superior Mold to respond to the Complaint in order to attempt to resolve their dispute through mediation.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the deadline for Superior Mold to respond to the Complaint is extended to July 1, 2020 to allow the parties time to participate in mediation.

Respectfully submitted,

| | |
|---|---|
| /s/ Donna A. Walsh | /s/ Colin J. O'Boyle |
| Donna A. Walsh | Colin J. O'Boyle |
| | |
| Myers, Brier & Kelly, LLP | Elliott Greenleaf, P.C. |
| 425 Spruce Street, Suite 200 | 925 Harvest Drive, Suite 300 |
| Scranton, PA 18503 | Blue Bell, PA 19422 |
| (570) 342-6100 | (215) 977-1000 |
| | |
| Attorney for Plaintiff, | Attorney for Defendant, |
| Gentex Corporation | Superior Mold Company |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED:

DATE:  May 26, 2020                    /s/ Harvey Bartle III
                                                         Hon. Harvey Bartle, III
                                                         U.S. District Judge