```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GENTEX CORPORATION              :       CIVIL ACTION
                                :
         v.                     :
                                :
SUPERIOR MOLD COMPANY           :       NO. 20-632

## ORDER

AND NOW, this 28th day of September, 2020, for the reasons stated in the foregoing Memorandum, it is hereby ordered that:

(1) the motion of Superior Mold Company to dismiss the claim of Gentex Corporation for breach of contract is DENIED; and

(2) the motion of Superior Mold Company to dismiss the claims of Gentex Corporation for fraud, negligent misrepresentation, and negligence is GRANTED; and

(3) the alternative motion of Superior Mold Company for a more definite statement is DENIED.

                                        BY THE COURT:


                                        /s/ Harvey Bartle III
                                                          J.