```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

GENTEX CORPORATION            :        CIVIL ACTION
                              :
      v.                      :
                              :
SUPERIOR MOLD COMPANY         :        NO. 20-632

## FIRST SCHEDULING ORDER

AND NOW, this 6th day of October 2020, following a telephone conference with counsel, it is hereby ORDERED that:

(1) All fact discovery shall proceed forthwith and continue in such a manner as will assure that all requests for, and responses to, discovery will be served, noticed, and completed by May 31, 2021.

(2) Any summary judgment motion or other dispositive motion shall be filed and served on or before June 15, 2021.

(3) Parties shall serve, on or before June 30, 2021, reports of expert witnesses with respect to issues on which they have the burden of proof.

(4) Parties shall serve, on or before July 31, 2021, any responsive reports of expert witnesses.

(5) Any depositions of expert witnesses shall be concluded on or before August 31, 2021.

(6) All parties shall prepare and file with the Clerk of Court their Pretrial Memoranda in accordance with this Order and Local Rule of Civil Procedure 16.1(c), proposed points for

charge, any proposed special jury interrogatories, and <u>any motions in limine</u> as follows:

>> (a) Plaintiff - on or before September 20, 2021; and
>> 
>> (b) Defendant - on or before September 27, 2021.

(7) Each point for charge or proposed jury interrogatory shall be numbered and shall be on a separate sheet of paper identifying the name of the requesting party. Supplemental points for charge will be permitted during and at the conclusion of the trial. Points for charge should be accompanied by appropriate citations of legal authority.

(8) If a party uses any version of the Microsoft Word processing system, it is urged to provide the Court with a disk containing the proposed points for charge and proposed special jury interrogatories.

(9) The Court will hold a final settlement conference to be scheduled in September 2021.

(10) The case will be placed in the trial pool on October 1, 2021.

(11) Any party having an objection to the adequacy of the qualifications of an expert witness expected to testify shall set forth separately each such objection in its <u>Pretrial Memorandum</u>. Such objection shall describe with particularity the ground and the legal authority for the objection.

(12) The <u>Pretrial Memorandum</u> shall also identify the other significant legal issues involved in the case, together with appropriate citations and other legal authority.

(13) If any party desires an "offer of proof" as to any witness or exhibit expected to be offered, that party shall inquire of counsel <u>prior to trial</u> for such information.  If the inquiring party is dissatisfied with any offer provided, such party shall file a motion seeking relief from the Court prior to trial.

(14) Before commencement of trial, counsel will pre-mark and exchange all exhibits.  The Court should be supplied with <u>two</u> (2) separate sets of exhibits, and a schedule of exhibits which shall briefly describe each exhibit.

BY THE COURT:

/s/ Harvey Bartle III
_____
J.